UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-19 |
| VERSUS | SECTION "A" |
| ALTON MCCLINTON | VIOLATION: 18:1952(a)(3) |

NOTICE OF SENTENCING (cont'd from 9/17/19)

Take notice that this criminal proceeding is set for **NOVEMBER 5, 2019 at 10:00 a.m.**, before Judge Jay C. Zainey, Ctrm C467, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

WILLIAM W. BLEVINS, CLERK
Date:  September 13, 2019     by: James Crull, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ ALTON MCCLINTON (bond)    ✓ AUSA:  Jordan Ginsberg
✓ Dylan Utley, Counsel

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ FBI - Todd Goodson

**If you change address,
notify clerk of court
by phone, (504) 589-7688**